

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00413-CV

**THE CITY OF LAREDO** and City of Laredo Municipal Civil Service Commission,
Appellants

v.

Tony H. **MORENO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001767D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's September 28, 2021 order. Appellant timely filed a notice of appeal on September 28, 2021. Accordingly, the reporter's record was due ten days later on October 8, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

On October 8, 2021 the court reporter filed a notification of late record requesting a ten-day extension to file the record. We **grant** the motion and order the record due **October 18, 2021.** *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court